# Court of Appeals, State of Michigan

## ORDER

Quality Market v City of Detroit Board of Zoning Appeals

Docket No.    346014

LC No.       18-003838-AV

Karen M. Fort Hood
Presiding Judge

Deborah A. Servitto

Mark T. Boonstra
Judges

       The Court orders that the February 11, 2020 opinion is hereby AMENDED to correct a clerical error. On page 1 of the opinion, the line indicating the author of the opinion is corrected to read "Boonstra, J."

       In all other respects, the February 11, 2020 opinion remains unchanged.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

November 13, 2020
Date

_____
Chief Clerk